# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | District Court for the Southern District of Ohio | 06/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (recalled full time) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 501
200 West Second Street
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, vice president, and assistant secretary | East End Community Services Corporation |
| 2. | Trustee and secretary-treasurer | Dayton Metro Library Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/27/2013 | Cash portion of Robert B. Yegge Award - American Bar Association | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | does invidual spiritual direction on a fee-for service basis |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Conference of Catholic Bishops | 6/15/2013-11/15/2013 | San Diego, California, & Baltimore, MD | Meetings about child sexual abuse by clerics | Air fare, lodging and meals - some paid to me, balance to vendors |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 3 of 15

Name of Person Reporting

Merz, Michael R.

Date of Report

06/06/2014

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. John Hancock Life Insurance cash value policy | A | Int./Div. | J | U | | | | | |
| 3. MetLife life insurance cash value policy | A | Int./Div. | K | U | | | | | |
| 4. IRA #1 (Stifel, Nicolaus) | | | | | | | | | |
| 5. -Stifel Bank & Trust | A | Interest | J | T | | | | | |
| 6. -Citibank NA | A | Interest | K | T | | | | | |
| 7. - AT&T common shares | B | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 8. | | | | | Buy | 08/29/13 | J | | |
| 9. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 10. - Abbott Laboratories common shares | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 11. - Abbvie, Inc. | A | Dividend | | | Sold | 04/08/13 | J | B | |
| 12. -Actavis PLC | A | Dividend | | | Buy | 01/15/13 | J | | |
| 13. | | | | | Sold (part) | 07/08/13 | J | A | |
| 14. | | | | | Sold | 12/27/13 | J | D | |
| 15. - Alcoa common shares | A | Dividend | | | Sold | 07/08/13 | J | | |
| 16. | | | | | Buy | 06/24/13 | J | | |
| 17. - Amgen common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Apple common | A | Dividend | K | T | Buy (add'l) | 05/06/13 | J | | |
| 19. -Carriage Services Inc | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 20. -Century Link common | A | Dividend | | | Sold | 01/16/13 | J | A | |
| 21. - CH Robinson Worldwide Inc New | A | Dividend | | | Buy | 08/27/13 | J | | |
| 22. | | | | | Sold | 12/10/13 | J | A | |
| 23. - Cisco Systems common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 24. - Direct TV Class A common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 25. -Donnelly RR & Sons Co. common | A | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 26. -Du Pont E.I. De Nemours & Co. common | A | Dividend | | | Sold | 12/10/13 | J | C | |
| 27. | | | | | Sold (part) | 07/08/13 | J | A | |
| 28. - Exelon Corp. common | A | Dividend | | | Sold | 12/11/13 | K | | |
| 29. | | | | | Sold (part) | 07/08/13 | J | | |
| 30. | | | | | Buy | 12/27/13 | J | | |
| 31. - Expeditors Intl Wash Inc. | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 32. -Express Scripts Holding Co. common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 33. - Exxon Mobil common | A | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 34. | | | | | Buy (add'l) | 12/27/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Flextronics Intl Ltd | A | Dividend | | | Sold (part) | 07/08/13 | J | A | |
| 36. | | | | | Sold | 10/01/13 | J | B | |
| 37. - Goodyear Tire & Rubber common | A | Dividend | K | T | | | | | |
| 38. -Hancock Holding Company | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 39. - Health Care REIT Inc common | B | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 40. | | | | | Sold (part) | 07/08/13 | J | A | |
| 41. -Insured Bank Program MMKT | A | Interest | K | T | | | | | |
| 42. - Intl Business Mach | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 43. | | | | | Buy | 10/02/13 | J | | |
| 44. - Johnson & Johnson common | A | Dividend | | | Sold | 04/03/13 | J | A | |
| 45. - Kellogg common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 46. - Microsoft common | A | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 47. - Newmont Mining Corp Holding Co. common | A | Dividend | K | T | Buy | 12/27/13 | J | | |
| 48. - PPL Corp. common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 49. - Peoples United Financial common | B | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 50. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 51. - Qualcomm, Inc. | A | Dividend | J | T | Buy | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Quest Diagnostics common | A | Dividend | | | Sold (part) | 07/08/13 | J | A | |
| 53. | | | | | Sold | 10/01/13 | J | A | |
| 54. - Royal Dutch Shell PLC sponsored ADR Repstg A common | A | Dividend | K | T | Buy | 04/04/13 | J | | |
| 55. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 56. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 57. - Schlumberger common | A | Dividend | J | T | Buy | 05/31/13 | J | | |
| 58. - Staples Inc | A | Dividend | J | T | | | | | |
| 59. - Southern Company | A | Dividend | K | T | Buy | 12/10/13 | K | | |
| 60. -Stewart Enterprises Inc. Class A common | A | Dividend | | | Merged (with line 62) | 12/24/13 | J | D | |
| 61. | | | | | Sold (part) | 07/08/13 | J | A | |
| 62. -Stewart Enterprises CHG Inc Class A | A | Dividend | J | T | | | | | |
| 63. - Washington REIT SB1 | A | Dividend | K | T | Buy | 12/27/13 | J | | |
| 64. | | | | | Sold (part) | 07/08/13 | J | A | |
| 65. -Watson Pharm Inc. common | A | Dividend | J | T | | | | | |
| 66. -Wellpoint, Inc. | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 67. | | | | | Sold (part) | 10/01/13 | J | B | |
| 68. - Xerox common | A | Dividend | J | T | Sold (part) | 07/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Ishares Trust S&P US PFD Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 70. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 71. | | | | | Sold (part) | 07/08/13 | J | A | |
| 72. - Bancorpsouth Capital Trust I Trups Pfd 8.15% | A | Interest | | | Redeemed | 08/12/13 | J | | |
| 73. -J P Morgan Chase Cap XI preferred | A | Interest | | | Redeemed | 05/08/13 | J | | |
| 74. - Invesco Van Kampen Trut Investment Grade Municipals | A | Dividend | J | T | Sold (part) | 10/16/13 | J | A | |
| 75. -Invesco Senior Income Trust | B | Dividend | K | T | Sold (part) | 07/08/13 | J | A | |
| 76. | | | | | Sold (part) | 10/16/13 | K | A | |
| 77. -Invesco Trust Inv. Grade Muns | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 78. - Nuveen Dividend Advantage Municipal Fund | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 79. - Nuveen Dividend Advantage Municipal Fund II | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 80. -Nuveen Credit Strategies Income Fund | A | Dividend | K | T | Buy | 10/16/13 | K | | |
| 81. - Nuveen Municipal Value Fund | A | Interest | K | T | Buy | 11/12/13 | J | | |
| 82. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 83. -PVR Partners Unit Reptg Ptnshi Int LTD | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | |
| 84. | | | | | Sold (part) | 07/08/13 | J | A | |
| 85. | | | | | Sold (part) | 12/27/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Raytheon Co new common | A | Dividend | J | T | | | | | |
| 87. -Stifel Nicolaus Money Market Fund | A | Int./Div. | L | T | | | | | |
| 88. AT&T, Inc.common | A | Dividend | K | T | Buy (add'l) | 08/29/13 | J | | |
| 89. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 90. Abbott Laboratories common | A | Dividend | J | T | Sold (part) | 04/08/13 | J | | |
| 91. Abbvie, Inc. | A | Dividend | | | Sold | 04/08/13 | J | B | |
| 92. Actavis Inc | A | Dividend | | | Buy | 01/15/13 | J | | |
| 93. | | | | | Sold | 12/27/13 | J | C | |
| 94. Alcoa, Inc. common | A | Dividend | | | Sold | 07/08/13 | J | | |
| 95. | | | | | Buy | 06/24/13 | J | | |
| 96. Amgen, Inc. common | A | Dividend | J | T | | | | | |
| 97. Apple, Inc. commoon | A | Dividend | J | T | Buy (add'l) | 05/06/13 | J | | |
| 98. CH Robinson Woldwid New | A | Dividend | | | Buy | 08/27/13 | J | | |
| 99. | | | | | Sold | 12/10/13 | J | A | |
| 100. Carriage Services, Inc. | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 101. Cisco Systems, Inc. common | A | Dividend | J | T | | | | | |
| 102. Direct TV common | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Donnelly RR & Sons (X) | A | Dividend | J | T | | | | | |
| 104. Du Pont E.I. De Nemours & Company (X) | A | Dividend | | | Sold | 12/10/13 | J | B | |
| 105. Exelon Corp. common | B | Dividend | | | Sold | 12/11/13 | J | | |
| 106. Expeditors Intl Wash Inc. | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 107. Express Scripts Holding Co. common | A | Dividend | J | T | | | | | |
| 108. Exxon Mobil Corp. common | A | Dividend | K | T | Buy (add'l) | 12/27/13 | J | | |
| 109. Goodyear Tire & Rubber Co. common | B | Dividend | K | T | | | | | |
| 110. Hancock Holding Company | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 111. Health Care REIT, Inc. (X) | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 112. Insured Bank Program | A | Int./Div. | K | T | | | | | |
| 113. International Business Machines Corp. | A | Dividend | J | T | Buy (add'l) | 12/27/13 | J | | |
| 114. | | | | | Buy | 10/02/13 | J | | |
| 115. Johnson & Johnson | A | Dividend | | | Sold | 04/03/13 | J | A | |
| 116. Kellogg Company common | A | Dividend | J | T | | | | | |
| 117. Microsoft Corp. common | A | Dividend | J | T | | | | | |
| 118. Newmont Mining Corp. Holding Co. | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 119. Nuveen Credit Start Incm | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PPL Corp. cvommon | A | Dividend | J | T | | | | | |
| 121. People United Financial Inc. common | A | Dividend | K | T | Buy | 10/01/13 | J | | |
| 122. Qualcomm Inc. | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 123. Quest Diagnostics common | A | Dividend | | | Sold | 10/01/13 | J | A | |
| 124. Royal Dutsch Shell PLC Sponsored ADRn repstg A shares | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 125. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 126. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 127. Schlumberger Ltd. | A | Dividend | J | T | Buy | 05/31/13 | J | | |
| 128. Southern Company | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 129. Staples, Inc. common | A | Dividend | J | T | | | | | |
| 130. Stewart Enterprises Inc. Class A | A | Dividend | | | Merged (with line 131) | 12/24/13 | J | C | |
| 131. Stewart Enterprises CHG | A | Dividend | J | T | | | | | |
| 132. Washington Real Estate Inestment Trust SBI | A | Dividend | J | T | Buy | 12/27/13 | J | | |
| 133. Wellpoint, Inc. | A | Dividend | | | Sold | 10/01/13 | J | B | |
| 134. Xerox Corp. common | A | Dividend | J | T | | | | | |
| 135. Flextronics Intl LTD | A | Dividend | | | Sold | 10/01/13 | J | B | |
| 136. Ishares S&P U.S. Preferred Stock Index ETF | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 138. Bancorpsouth Capital Trust I Trups Pfd | A | Dividend | | | Redeemed | 08/12/13 | J | | |
| 139. JP Morgan Chase Cap XI Cum Pfd | A | Dividend | | | Redeemed | 05/08/13 | J | | |
| 140. Invesco Senior Income TR | A | Dividend | | | Sold | 10/16/13 | J | | |
| 141. Invesco Trust Invt Grade Muns | A | Dividend | J | T | | | | | |
| 142. Nuveen Dividend Advantage Municipal Fund | A | Dividend | J | T | | | | | |
| 143. Nuveen Dividend Advantage Municipal Fund II | A | Dividend | J | T | | | | | |
| 144. Nuveen Municipal Value Fund | A | Dividend | K | T | Buy | 11/12/13 | J | | |
| 145. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 146. Nuveen Credit Strategies Income Fund | A | Dividend | K | T | Buy | 10/16/13 | K | | |
| 147. PVR Partners Unit Reptg Partnership Int Ltd POtnshp | A | Dividend | J | T | Sold (part) | 12/27/13 | K | B | |
| 148. | | | | | Buy | 10/01/13 | J | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 06/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. In response to Judge McKinley's letter of September 16, 2014, ¶ 4 noting that the Stifel Nicolous Money Market Fund reported in the 2012 report was not listed in the current (2013) report, please see line 86 which reports this asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544